SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YU FANG,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services;<br>DAVID STILL, San Francisco District Office, U.S. Citizenship and Immigration Services;<br>ROBERT S. MUELLER, Director of Federal Bureau of Investigation,<br><br>    Defendants. | No. C 07-0882 PJH<br><br>**PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** AND ORDER |

    Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

    Here, the parties agree that referral to a formal ADR process will not be beneficial because this petition brought under 8 U.S.C. § 1447(B) is limited to Plaintiff's request that this Court compel Defendants to act more expeditiously and adjudicate the application for naturalization. USCIS has

Request for Exemption
C07-0882 PJH

1  already requested that the FBI expedite the name check so that the application may be processed as
2  soon as possible.  Given the substance of the action and the lack of any potential middle ground,
3  ADR will only serve to multiply the proceedings and unnecessarily tax court resources.
4  Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR
5  Multi-Option Program and that they be excused from participating in the ADR phone conference
6  and any further formal ADR process.

Dated: May 3, 2007                               Respectfully submitted,

                                                 SCOTT N. SCHOOLS
                                                 United States Attorney

                                                 _____/s/_____
                                                 ILA C. DEISS
                                                 Assistant United States Attorney
                                                 Attorneys for Defendants

Dated: May 3, 2007                               _____/s/_____
                                                 JUSTIN WANG
                                                 Attorney for Plaintiff

## ORDER

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Dated: 5/7/07

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton

Request for Exemption
C07-0882 PJH                                                 2