UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YU FANG<br><br>Plaintiff,<br><br>v.<br><br>*Michael Chertoff*, Secretary of the<br>Department of Homeland Security;<br>*Emilio T. Gonzalez*, Director,<br>U.S. Citizenship and Immigration Services;<br>*David Still*, Director,<br>San Francisco District Office, U.S.C.I.S.;<br>*Robert S. Mueller*,<br>Director of Federal Bureau of Investigation<br><br>Defendants. | No.: **C07-0882 PJH**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; AND [~~PROPOSED~~] ORDER**<br><br>Date: May 24, 2007<br>Time: 2:30PM<br>Courtroom: 3, 17th Floor |

In light of the fact that the FBI name check for this case has been expedited and the case will likely to be resolved soon. Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to an extension for the Case Management Conference (CMC) to reset it to July ~~5,~~ 12 2007 at 2:30PM., which is presently scheduled for May 24, 2007.

Date: May 18, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: May 18, 2007

JUSTIN X. WANG
Attorney for Plaintiffs

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 21, 2007



IT IS SO ORDERED
Judge Phyllis J. Hamilton

TOTAL P.01