1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12  YU FANG,                          )
                                      )   No. C 07-0882 PJH
13              Plaintiff,            )
                                      )
14        v.                          )
                                      )
15  MICHAEL CHERTOFF, Secretary of the )  **STIPULATION TO DISMISS; AND**
    Department of Homeland Security;   )  **[PROPOSED] ORDER**
16  EMILIO T. GONZALEZ, Director, U.S. )
    Citizenship and Immigration Services; )
17  DAVID STILL, San Francisco District Office, )
    U.S. Citizenship and Immigration Services; )
18  ROBERT S. MUELLER, Director of Federal )
    Bureau of Investigation,           )
19                                     )
                Defendants.            )
20  _____)

21      Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

22  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

23  action without prejudice in light of the fact that the United States Citizenship and Immigration

24  Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so

25  within 30 days of the dismissal of this action.

26      Each of the parties shall bear their own costs and fees.

27  ///

28  ///

Stipulation to Dismiss
C07-0882 PJH

1   Dated: June 18, 2007                          Respectfully submitted,

2                                                  SCOTT N. SCHOOLS
                                                   United States Attorney
3

4
                                                   _____/s/_____
5                                                  ILA C. DEISS
                                                   Assistant United States Attorney
6                                                  Attorney for Defendants

7

8   Dated: June 18, 2007                          _____/s/_____
                                                   JUSTIN X. WANG
9                                                  Attorney for Plaintiff

10

11                                       **ORDER**

12
            Pursuant to stipulation, IT IS SO ORDERED.
13

14

15  Date: 6/25/07

16                                       PHYLLIS J. HAMILTON
                                         United States District Judge
17

18                                       IT IS SO ORDERED

                                         Judge Phyllis J. Hamilton
19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C07-0882 PJH                              2